CASPER J. RANKIN (CA SBN 249196)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Defendant PNC Mortgage, a division of PNC Bank, National Association formerly known as National City Mortgage, a division of National City Bank of Indiana.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>TIMOTHY AND WENDY EICHENSEER,<br><br>Debtors.<br><br>TIMOTHY AND WENDY EICHENSEER,<br><br>Plaintiffs,<br><br>vs.<br><br>PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION FORMERLY KNOWN AS NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA,<br><br>Defendant. | Case No. 09-59228-ASW<br><br>Adv. Proc. No. 10-05181-ASW<br><br>Chapter 13<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT**<br><br><u>Hearing:</u><br>Date: January 7, 2011<br>Time: 1:30 PM<br>Ctrm: 3020<br>Judge: Honorable Arthur S. Weissbrodt<br><br>280 S 1st St. #3035<br>San Jose, CA 95113-3004 |

TO THE HONORABLE UNITED STATUS BANKRUPTY JUDGE:

Defendant PNC Mortgage respectfully submits the following Case Management Conference Statement. Please note that PNC Mortgage was not required to file a status report for this hearing, however, there has been a significant change of events that warrant a comprehensive update to the Court and all parties.

**FORECLOSURE STATUS**

The purpose of the Plaintiff's case is to expedite foreclosure on a parcel of real property

located in Florida to eliminate any personal liability for code violations currently being assessed against the property by Jacksonville County. The property is located in Florida which is a judicial foreclosure state. PNC Mortgage retained the Law Office of David Stern to represent it in regard to the judicial foreclosure process.

In order to expedite the foreclosure process, PNC Mortgage's counsel, Pite Duncan, worked with the Plaintiffs and David Stern's office to finalize a Stipulated Judgment to resolve the Motion for Summary Judgment pending in the foreclosure action. The matter was set for hearing in Florida on November 24, 2010. After the anticipated hearing date, counsel at Pite Duncan made numerous attempts to reach counsel at David Stern's office to obtain a status of the Motion for Summary Judgment. The main phone number to David Stern's office would ring nonstop and emails were not returned. It turns out that in early November 2010, Freddie Mac (the underlying investor on this loan) essentially "raided" David Stern's office and pulled all their files from the office.[1] The office was essentially shut down as upwards of 700 staff members were laid off, thus explaining the difficulty reaching their office.

Pite Duncan contacted Freddie Mac to obtain the contact information for the new law firm designated to assist with the foreclosure process. The foreclosure case was transferred to the Law Firm of Johnson & Freedman, LLC, based in Georgia. More specifically, the case has been assigned to attorney C. Matthew Hutt, 400 Northridge Road, Suite 1100 M/S 27, Sandy Springs, Georgia 30350, Phone No. 678-298-8844. Counsel at Pite Duncan has fully briefed Mr. Hutt of the necessity for expedited handling of this matter. Mr. Hutt has been extraordinarily cooperative, easy to contact, and has already taken steps to escalate this matter within his firm and PNC's Foreclosure Department. Counsel at Pite Duncan and Mr. Hutt have obtained permission from PNC's Foreclosure Department to finalize the Substitution of Attorney and restart the foreclosure process (the majority of files transferred out of David Stern's office remain on hold). Mr. Hutt is also updating the required documents to proceed with the foreclosure. Counsel for Pite Duncan will update Plaintiffs' counsel with any updates in the foreclosure process.

---

[1] http://online.wsj.com/article/SB10001424052748704462704575590342587988742.html

## PROPERTY REPAIR STATUS

PNC Mortgage has taken steps to remedy the code violations prior to the actual foreclosure sale. Safeguard Properties was retained to secure the property and to make temporary repairs to the roof to resolve the code violations. A copy of the Safeguard Properties invoice showing work completed and pictures from recent property inspections have been attached hereto as Exhibit A.

As previously stated, the Plaintiffs are seeking to expedite the foreclosure process due to concerns over potential personal liability for the code violations. However, it appears these concerns are overstated and the need for a TRO is unnecessary as relevant bankruptcy case law in Florida prohibits the imposition of personal liability for code violations on a debtor in bankruptcy, and instead limits the county to an in rem proceeding to impose a lien on the property.[2] Further, the Jacksonville Code Compliance Department has also represented that any code violations are "in rem" in nature and after the foreclosure, the lender and/or purchaser of the property is liable for any code violations.

In summary, PNC Mortgage still believes that this matter can be resolved and remains fully committed to working with the Debtors to finalize a solution. Accordingly, we request this matter be set over for a further status conference on February 25, 2011.

PITE DUNCAN, LLP

Dated: January 4, 2011

By: /s/ Casper J. Rankin
CASPER J. RANKIN
Attorneys for Defendant PNC Mortgage, a division of PNC Bank, National Association formerly known as National City Mortgage, a division of National City Bank of Indiana

---

[2] In re Nease, 391 B.R. 470, 473 (M.D. Florida, 2008) – Debtors moved to impose sanctions on a county for alleged violation of the automatic stay for imposing code violations after they surrendered the real property. The court found that the county could not impose personal liability and is limited to in rem proceeding to attach a lien to the property.




**Safeguard PROPERTIES**

7887 Safeguard Circle
Valley View, OH 44125

Toll Free 800.852.8306
Fax 216.739.2700

www.safeguardproperties.com

# INVOICE  15379667

**Invoice Date** 10/29/2010

TIMOTHY JOHN EICHENSEER
1316W 30 ST
JACKSONVILLE, FL 32209

**To**
PNC Mortgage, Div of PNC Bank
FORECLOSURE
3232 NEWMARK DR
MIAMISBURG, OH 45342

**Remit To:**
P.O. Box 714441
Columbus, OH 43271-4441

| Customer Information | |
|---|---|
| Loan Type | FMC |
| Loan Number | |

**Work Order #**

**Work Ordered**   RUSH CITY CITE

| Description | Units | Total Price |
|---|---|---|
| Photos Total 44/3 to support | 44 @ $1.50 | $4.50 |
| Tarped Roof | 1 @ $1,000.00 | $1,000.00 |

| Terms: Net 10 Days | Date Completed | 10/22/2010 | Please Pay This Amount | $1,004.50 |
|---|---|---|---|---|
| | Credits: | $1,004.50 | Net Due: | $0.00 |

EXHIBIT A



**Client:** PNC Mortgage, Div of PNC Bank
**Loan Number:** 0004648661
**Loan Type:** FMC

**Mortgagor:** TIMOTHY JOHN EICHENSEER
**Address:** 1316W 30 ST
JACKSONVILLE, FL 32209



#1.5 Other Side of House
Order Number: 75691468
CompletedDate: 12/27/2010



#1.11 Other Photo - Side of House 2
Order Number: 75308415
CompletedDate: 12/10/2010



#1.12 Other Photo - Side of House 2
Order Number: 75308415
CompletedDate: 12/10/2010

Case: 10-05181  Doc# 17  Filed: 01/04/11  Entered: 01/04/11 15:40:36  Page 5 of 6



| | |
|---|---|
| **Client:** PNC Mortgage, Div of PNC Bank | **Mortgagor:** TIMOTHY JOHN EICHENSEER |
| **Loan Number:** | **Address:** 1316W 30 ST<br>JACKSONVILLE, FL 32209 |
| **Loan Type:** FMC | |



#1.1 Other Front of House
Order Number: 75691468
CompletedDate: 12/27/2010



#1.2 Other House #/Address Sign
Order Number: 75691468
CompletedDate: 12/27/2010



#1.3 Other Roof Condition
Order Number: 75691468
CompletedDate: 12/27/2010



#1.4 Other Side of House
Order Number: 75691468
CompletedDate: 12/27/2010

Case: 10-05181    Doc# 17    Filed: 01/04/11    Entered: 01/04/11 15:40:36    Page 6 of 6

Page 1 of 2